UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SYMMETRY PRODUCTS GROUP,

                 Petitioner

-against-

IRON WORKS LOCAL UNION NO. 417, IRON WORKS LOCALS 40, 361 & 417 UNION SECURITY FUNDS,

                 Defendant.
------------------------------------------------------------x

CIVIL ACTION NO.

08-CIV 3183
DAB

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                 ) ss.:
COUNTY OF NASSAU )

      JOAN CANCELLIERI, being duly sworn, deposes and says:

      Deponent is not a party to this action, is over eighteen (18) years of age and resides in West Hempstead, New York 11552.

      On April 1, 2008, Deponent served the within **NOTICE OF REMOVAL AND VERIFIED PETITION FOR REMOVAL** upon the following party in this action, at the address indicated below, which address has been designated by said party for that purpose by **UPS OVERNIGHT DELIVERY.**

TO:    Tom Lancia, Esq.
         217 Broadway, Suite 608
         New York, New York 1007

                                                       _____
                                                      JOAN CANCELLIERI

Sworn to before me this
1st day of April, 2008.

_____
NOTARY PUBLIC

LAURA A. HARRINGTON
Notary Public, State of New York
No. 01HA5036137
Qualified in Nassau County
Commission Expires _____