UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SYMMETRY PRODUCTS GROUP,

Plaintiff,

-v-

IRON WORKERS LOCAL UNION NO. 417,
IRON WORKERS LOCALS 40, 361 &
417 UNION SECURITY FUNDS,

Defendant.

Case No. _____08-CV-3183_____

**Rule 7.1 Statement**

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

_____Defendants_____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** April 14, 2008

**Signature of Attorney**

**Attorney Bar Code:** ED8455

Form Rule7_1.pdf  SDNY Web 10/2007