UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SYMMETRY PRODUCTS GROUP,

                    Plaintiff,

      - against -

IRON WORKERS LOCAL UNION NO.
417, IRON WORKS LOCALS 40, 361
& 417 UNION SECURITY FUNDS,

                    Defendant.
------------------------------------------------------------------X

Civil Action No.: 08-CV-3183

**ANSWER**

    Respondents, **IRON WORKERS LOCAL UNION NO. 417, ("LOCAL 417" or "UNION"), IRON WORKERS LOCALS 40, 361 and 417 UNION SECURITY FUNDS ("FUNDS")** by their attorney, **COLLERAN, O'HARA & MILLS L.L.P.**, hereby ANSWER the allegations contained in the Amended Petition of **SYMMETRY PRODUCTS GROUP ("SYMMETRY")** as follows:

    **FIRST:** Admit the allegations contained in the FIRST paragraph, except denies any knowledge or information sufficient to form a belief as to Petitioner's business operations. Upon information and belief, Petitioner is in the construction industry.

    **SECOND:** Admit the allegations contained in the SECOND paragraph.

    **THIRD:** Admits that the Union delivered an Agreement that, when executed by Petitioner bound it to the terms and conditions of the CBA.

    **FOURTH:** Deny knowledge or information sufficient to form a belief as to the allegations contained in the FOURTH paragraph except that the individual who executed the CBA, Gloria Fornier, represented that she was authorized and thereafter, for a time, Petitioner acted in conformity with the CBA.

    **FIFTH:** Admit the allegations contained in the FIFTH paragraph.

    **SIXTH:** Admit the allegations contained in the SIXTH paragraph.

    **SEVENTH:** The allegations contained in the SEVENTH paragraph are a recitation of a statute that is in applicable herein.

1

**EIGHTH:** Deny the allegations contained in the EIGHTH paragraph.

**NINTH:** Deny the allegations contained in the NINTH paragraph as Petitioner sought, and was granted at least one adjournment of the arbitration hearing.

**TENTH:** Deny the allegations made in the TENTH paragraph.

**ELEVENTH:** Admit that Steven Lancia contacted Colleran, O'Hara & Mills L.L.P. and deny all other claims made in the ELEVENTH paragraph.

**TWELFTH:** Admit that Colleran, O'Hara & Mills L.L.P. intends to move forward in obtaining a judgment against Petitioner and deny all other claims made in the TWELFTH paragraph.

**THIRTEENTH:** Deny all allegations contained in the THIRTEENTH paragraph.

**FOURTEENTH:** Admit the allegations made in the FOURTEENTH paragraph.

Dated: Garden City, New York
April 14, 2008

                                                                             COLLERAN, O'HARA & MILLS L.L.P.

                                                           By: _____
                                                           DENIS A. ENGEL
                                                            Attorney for Defendant
                                                           1225 Franklin Avenue, Suite 450
                                                           Garden City, New York 11530
                                                           (516) 248-5757

TO:    **TOM LANCIA, ESQ.**
          Attorney for Plaintiff
          217 Broadway, Suite 608
          New York, New York 1007