UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

SYMMETRY PRODUCTS GROUP,

                         Petitioner

-against-

IRON WORKS LOCAL UNION NO. 417, IRON WORKS LOCALS 40, 361 & 417 UNION SECURITY FUNDS,

                         Defendant.
-----------------------------------------------------------------x

CIVIL ACTION NO.

08-CIV 3183
DAB

AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                  ) ss.:
COUNTY OF NASSAU )

       JOAN CANCELLIERI, being duly sworn, deposes and says:

       Deponent is not a party to this action, is over eighteen (18) years of age and resides in West Hempstead, New York 11552.

       On April 14, 2008, Deponent served the within **ANSWER and RULE 7.1 STATEMENT** upon the following party in this action, at the address indicated below, which address has been designated by said party for that purpose by depositing a true copy of same enclosed in a post-paid addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:   Tom Lancia, Esq.
       217 Broadway, Suite 608
       New York, New York 1007

                                                _____
                                                JOAN CANCELLIERI

Sworn to before me this
14th day of April, 2008.

_____
NOTARY PUBLIC
LILLY PIAZZA
Notary Public, State of New York
No. 01PI4904417
Qualified in Nassau County
Commission Expires August 31, 2009